**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CIMCO REFRIGERATION, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | **1:26-cv-00114-B** |
| **vs.** | ) | |
| | ) | |
| **AMERICAN REFRIGERATION, LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AMERICAN REFRIGERATION, LLC'S UNOPPOSED**
**MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant American Refrigeration, LLC ("American Refrigeration") files this unopposed motion for extension of time to respond to Plaintiff's Complaint, including without limitation, to answer or move to dismiss the case. The current deadline for American Refrigeration to respond to Plaintiff's complaint is April 28, 2026.  To American Refrigeration's knowledge, most if not all other defendants have not been served to date, and American Refrigeration needs additional time to evaluate the underlying facts, applicable agreements, and the allegations of the Complaint. American Refrigeration respectfully requests that the Court extend the deadline to respond by twenty-one (21) days, through and including May 19, 2026.  This request is not made for purposes of delay, and counsel for American Refrigeration has consulted with counsel for Plaintiff, who does not oppose this extension.

American Refrigeration, therefore, requests that the Court enter an order extending the time to respond to Plaintiff's complaint by twenty-one (21) days to May 19, 2026.

Respectfully submitted,

*/s/John N. Bolus*
John N. Bolus

*Attorney for American Refrigeration, LLC*

**OF COUNSEL:**

MAYNARD NEXSEN PC
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone:  (205) 254-1000
Facsimile:  (205) 254-1999
jbolus@maynardnexsen.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Clerk of Court using the

CM/ECF system and served on all parties on the 24th day of April, 2026.

John Hargrove
Carmen Weite
Bradley Arant Boult Cummings LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203-2119
Telephone: (205) 521-8000
Fax: (205) 521-8800
jhargrove@bradley.com
cweite@bradley.com

*Attorneys for CIMCO Refrigeration Inc.*

*/s/John N. Bolus*
OF COUNSEL

3